# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

WILLIE FRED BELL, :
:
    Petitioner, :
:
v. : 1:07-CV-183 (WLS)
:
RANDY TILLMAN, Warden, :
:
    Respondent. :
_____ :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 22), filed August 19, 2008. It is recommended that Respondent's motion to dismiss the petition as untimely be DENIED. (Doc. No. 14). Respondent has not filed a timely written objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 22) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Respondent's motion to dismiss the petition as untimely (Doc. No. 14) is **DENIED.**

    SO ORDERED, this  5th  day of September, 2008.

                                                  /s/W. Louis Sands
                                                **W. Louis Sands, Judge**
                                                **United States District Court**