IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WILLIE FRED BELL, | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 1:07-CV-183 (WLS) |
| RANDY TILLMAN, Warden, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed December 1, 2010. (Doc. 29). Judge Langstaff's Report and Recommendation recommends that Petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254 (hereinafter "§ 2254 Motion") (Doc. 2), be denied. (Doc. 29). The Report and Recommendation provided the Parties with fourteen days[1] from the date of its service to file written objections to the recommendations therein. (Doc. 29).

Monday, December 20, 2010,[2] the deadline for filing such objections, passed, without either Petitioner or Respondent filing any objection to the Recommendation. Petitioner was then provided an additional period of time, until January 28, 2011, to file objections, pursuant to the Court's January 14, 2011 grant (Doc. 31) of Petitioner's Motion for Continuance and Abeyance (Doc. 30). Nevertheless, Petitioner has failed to file objections by the extended deadline. (*See generally* Docket).

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).
[2] Pursuant to Fed. R. Civ. P. 6(a)(2), because the actual deadline for filing objections—Sunday, December 19, 2010—fell on a weekend, the deadline was extended to Monday, December 20, 2010. *See* Fed. R. Civ. P. 6(a)(1)(C).

1

Accordingly, upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 29) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's § 2254 Motion (Doc. 2) is **DENIED**.

**SO ORDERED**, this  1st  day of February 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
 UNITED STATES DISTRICT COURT**